**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6252**

———————

JOHN PATRICK MCSHEFFREY,

　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert E. Payne, District Judge.
(CA-99-1269)

———————

Submitted:  September 21, 2000　　Decided:  September 27, 2000

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Patrick McSheffrey, Appellant Pro Se.  Mark Anthony Exley,
OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Patrick McSheffrey appeals from the district court's order denying his motion for release of grand jury materials. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McSheffrey v. United States, No. CA-99-1269 (E.D. Va. Dec. 15, 1999).[*] We deny McSheffrey's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on December 14, 1999, the district court's records show that it was entered on the docket sheet on December 15, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).